UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KURTZ and BLUM, PLLC, | Case No. 5:10-cv-00429-D |
| Plaintiff, | |
| v. | |
| THE WRIGHT LAW FIRM OF CHARLOTTE, PLLC; RODERICK M. WRIGHT, JR.; JOE ALFORD, JR., individually and dba DIVINE DESIGNS ADVERTISING COMPANY, | ORDER GRANTING STIPULATED JOINT MOTION TO DISMISS |
| Defendants. | |

Plaintiff Kurtz and Blum, PLLC ("Plaintiff") and Defendants The Wright Law Firm of Charlotte, PLLC, Roderick M. Wright, Jr., and Joe Alford, Jr., individually and dba Divine Designs Advertising Company (collectively "Defendants") (collectively "the Parties"), have moved this Court for an Order granting their Stipulated Joint Motion to Dismiss. The Court is in receipt of the Parties' Stipulated Joint Motion to Dismiss and has carefully considered the Parties' written submissions and the applicable law.

Accordingly, IT IS HEREBY ORDERED that the Parties' Stipulated Joint Motion to Dismiss is GRANTED.

Dated: 6/27/11

_____
HONORABLE JAMES C. DEVER, III
U.S. DISTRICT COURT JUDGE