# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| KURTZ and BLUM, PLLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | 5:10-CV-429-D |
| ) | |
| THE WRIGHT LAW FIRM OF CHARLOTTE, ) | |
| PLLC, RODERICK M. WRIGHT, JR., ) | |
| JOE ALFORD, JR., individually and d/b/a/ ) | |
| DIVINE DESIGNS ADVERTISING COMPANY, ) | |
|     Defendants. ) | |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Parties' Stipulated Joint Motion to Dismiss is GRANTED.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>JUNE 27, 2011</u> WITH A COPY TO:

Lyn Prather  (via CM/ECF Notice of Electronic Filing)
Cynthia Leigh Wittmer (via CM/ECF Notice of Electronic Filing)
Roderick M. Wright, Jr. (via CM/ECF Notice of Electronic Filing)
Richard M. McDermott (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>June 27, 2011</u> | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer                    </u> |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |